USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/27/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE MCARDLE,

        Plaintiff,

-against-

ARMS ACRES, INC., OMAR GUTIERREZ, M.D., and FREDERICK HESSE, M.D.,

        Defendants.

**ORDER**

03 Civ. 05721 (PGG)

LESLIE MUGAVERO,

        Plaintiff,

-against-

ARMS ACRES, INC. and FREDERICK HESSE, M.D.,

        Defendants.

03 Civ. 05724 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that:

    (1) The April 28, 2009 conference is cancelled;

    (2) As previously ordered, the joint pre-trial order is due on May 7, 2009;

    (3) As previously ordered, the final pre-trial conference will be held at 11:00 a.m. on May 11, 2009;

    (4) Any motions *in limine* and supporting memoranda of law shall be filed via ECF (and courtesy copies shall be provided to the Court) on or before May 11, 2009;

(5) Any memoranda of law in opposition to any motions in limine shall be filed via ECF (and courtesy copies shall be provided to the Court) on or before May 15, 2009;

(6) On or before 5:00 p.m. on May 15, 2009, the parties shall submit a joint proposed voir dire, joint proposed jury charge, and joint proposed verdict sheet;

(7) As previously ordered, trial shall commence on June 1, 2009; and

(8) Should the parties reach a settlement agreement at any time prior to the commencement of trial, they shall promptly inform the Court.

Dated: New York, New York
       April 27, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge